Before STATE INDUSTRIAL BOARD, Respondent. LEWIS KLEIN, Respondent, v. NEW PROCESS GEAR CO., INC., and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that in this record there is lack of proof that the defective vision was due to the accident. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MATTI LAHTI, Respondent, v. TERRY & TENCH COMPANY, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

HERBERT LAWRENCE, Appellant, v. FRANK GOODALE, Respondent.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. MARY LAWRENCE, Respondent, v. KENN-WELL CONTRACTING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

WILLIAM S. LYON, Respondent, v. BENJAMIN ADVERTISING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs.

NORVIN R. LASHER, Respondent, v. MORTIMER B. DOWNER, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. MICHAEL McDONOUGH, Respondent, v. MARC EIDLITZ & SON, INC., and Another, Appellants.— Awards reversed and claim remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that there was no legal evidence of total disability to support the awards appealed from.

Before STATE INDUSTRIAL BOARD, Respondent. MARIJA MATAKANOVITCH, Respondent, v. WICKWIRE SPENCER STEEL CORPORATION and Another, Appellants. — Award reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that the award in favor of the widow and two children, George and Vinko, has been commuted to a lump sum payment on the assumption that the widow was thirty-five years old and had a son George, without any legal evidence of either fact. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH MAZUR, Respondent, v. OSWEGO YARN MILLS and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

HEREWARD M. MACK and Another, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

MERCHANTS NATIONAL BANK OF DETROIT, MICHIGAN, Appellant, v. KASCO MILLS, INC., Respondent, Impleaded with Another.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. LUCY MICHUE, Respondent, v. FIELD FORCE PUMP COMPANY and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that the medical opinions upon which the award was based, to the effect that the employee was suffering from lead poisoning were themselves based on the assumption that employee had worked with lead paint, and for such an assumption there was no support in the proof. All concur; McCann, J., not sitting.